UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: Michael Joseph Dehay | § | Case No. 8:09-bk-29446-CPM |
| Cherie Ann Dehay | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jon M Waage, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/29/2009.

2) The plan was confirmed on 03/30/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/01/2012.

6) Number of months from filing or conversion to last payment: 32.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,550.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 29,786.32 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 29,786.32 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,850.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,724.34 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,574.34 |
| Attorney fees paid and disclosed by debtor: | $ 1,000.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Sec | 89,100.00 | NA | NA | 0.00 | 0.00 |
| John Deere Credit | Sec | 2,553.08 | 2,532.99 | 2,532.99 | 2,532.99 | 130.56 |
| NISSAN MOTOR ACCEPTANCE | Sec | 30,000.00 | NA | NA | 0.00 | 0.00 |
| REGIONS | Sec | 24,469.62 | NA | NA | 0.00 | 0.00 |
| HSBC Bank | Con | 5,537.20 | 5,491.83 | 5,491.83 | 1,096.00 | 0.00 |
| HSBC Bank Nevada | Sec | 7,225.19 | 3,585.00 | 3,585.00 | 0.00 | 0.00 |
| HSBC Bank Nevada | Uns | 0.00 | 3,684.79 | 3,684.79 | 517.33 | 0.00 |
| SLM FINANCIAL | Sec | 17,756.70 | NA | NA | 0.00 | 0.00 |
| SUNTRUST MORTGAGE | Sec | 114,177.97 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Uns | 0.00 | 5,530.54 | 5,530.54 | 776.47 | 0.00 |
| Bank of America, N A | Uns | 0.00 | 89,674.92 | 89,674.92 | 12,589.98 | 0.00 |
| Department Stores Nat'l Bank/Macy's | Uns | 0.00 | 357.63 | 357.63 | 50.21 | 0.00 |
| Becket & Lee, LLP | Uns | 0.00 | 4,161.83 | 4,161.83 | 584.31 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 5,121.62 | 5,121.62 | 719.06 | 0.00 |
| Fia Card Services | Uns | 0.00 | 4,351.77 | 4,351.77 | 610.97 | 0.00 |
| Chase Bank USA, NA | Uns | 0.00 | 2,955.88 | 2,955.88 | 415.00 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 1,680.97 | 1,680.97 | 235.61 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 1,207.59 | 1,207.59 | 169.26 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 1,483.89 | 1,483.89 | 207.99 | 0.00 |
| Candica, LLC | Uns | 0.00 | 4,183.24 | 4,183.24 | 587.31 | 0.00 |
| LVNV Funding | Uns | 0.00 | 4,221.27 | 4,221.27 | 592.65 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 751.57 | 751.57 | 105.52 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 2,704.54 | 2,704.54 | 379.71 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 2,721.32 | 2,721.32 | 382.06 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 2,280.25 | 2,280.25 | 319.61 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 994.91 | 994.91 | 139.68 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 3,332.22 | 3,332.22 | 467.83 | 0.00 |
| Portfolio Recovery Assoc. | Uns | 0.00 | 7,216.76 | 7,216.76 | 1,013.21 | 0.00 |
| Oak Harbor Capital, LLC | Uns | 0.00 | 903.68 | 903.68 | 126.49 | 0.00 |
| Dell Financial Services | Uns | 0.00 | 2,968.23 | 2,968.23 | 416.73 | 0.00 |
| American Infosource Lp | Uns | 0.00 | 326.99 | 326.99 | 45.44 | 0.00 |
| AAA FINANCIAL SERVICES | Uns | 4,689.22 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Uns | 4,103.04 | NA | NA | 0.00 | 0.00 |
| BB&T FINANCIAL FSB | Uns | 4,060.20 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 6,365.97 | NA | NA | 0.00 | 0.00 |
| BANK OF AMEIRCA | Uns | 4,223.56 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 2,842.74 | NA | NA | 0.00 | 0.00 |
| DELL PREFFERED ACCOUNT | Uns | 2,427.10 | NA | NA | 0.00 | 0.00 |
| DILLARDS | Uns | 1,385.75 | NA | NA | 0.00 | 0.00 |
| DISCOVER | Uns | 4,897.45 | NA | NA | 0.00 | 0.00 |
| GE MONEY DE SEARS | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| GE MONET BANK BASS PRO SHOPS | Uns | 910.82 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Uns | 710.78 | NA | NA | 0.00 | 0.00 |
| LOWES | Uns | 1,069.02 | NA | NA | 0.00 | 0.00 |
| MACYS | Uns | 281.96 | NA | NA | 0.00 | 0.00 |
| NAR CARD MEMBER SERVICES | Uns | 3,980.77 | NA | NA | 0.00 | 0.00 |
| ONE STOP PLUS . COM | Uns | 251.15 | NA | NA | 0.00 | 0.00 |
| RACE TRAC | Uns | 771.90 | NA | NA | 0.00 | 0.00 |
| SEARS | Uns | 2,638.18 | NA | NA | 0.00 | 0.00 |
| SEARS | Uns | 2,622.08 | NA | NA | 0.00 | 0.00 |
| TARGET NAT'L BANK | Uns | 3,917.73 | NA | NA | 0.00 | 0.00 |
| TRACTOR SUPPLY CREDIT | Uns | 2,246.74 | NA | NA | 0.00 | 0.00 |
| WALMART DISCOVER | Uns | 1,570.68 | NA | NA | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| Andrea Whitehill, Esq. | Lgl | 0.00 | 3,850.00 | 3,850.00 | 2,850.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 5,491.83 | $ 1,096.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 6,117.99 | $ 2,532.99 | $ 130.56 |
| **TOTAL SECURED:** | $ 11,609.82 | $ 3,628.99 | $ 130.56 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 152,816.41 | $ 21,452.43 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,574.34 |
| Disbursements to Creditors | $ 25,211.98 |
| **TOTAL DISBURSEMENTS:** | $ 29,786.32 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 11/29/2012      By: /s/ Jon M Waage
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.